UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**ALFRED JOHN SUFKA,**

    **Plaintiff,**

v.

**Doctor SHARON BARNEY,
Nurse Practitioner JENNIFER
SOUTHWICK, and MINNESOTA
DEPARTMENT OF CORRECTIONS
HEALTH SERVICES UNIT,**

    **Defendants.**

Civil No. 08-1504 MJD/SRN

ORDER

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated June 13, 2008. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Plaintiff's "Application to Proceed Without Prepayment of Fees," (Docket No. 2), is **DENIED**;

2. This action is **SUMMARILY DISMISSED** pursuant to 28 U.S.C. § 1915A(b);

3. Plaintiff is required to pay the unpaid balance of the Court filing fee, namely the full $350.00, in accordance with 28 U.S.C. § 1915(b)(2); and

1

2

4.  For purposes of 28 U.S.C. § 1915(g), this action is dismissed "on the grounds that it is frivolous, malicious, or fails to state a claim on which relief may be granted."

DATED: July 15, 2008.

                                              s/Michael J. Davis
                                              Michael J. Davis
                                              Chief Judge
                                              United States District Court